IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Raymond J. Bly, et al.,                                              *

    Petitioners,                                              *

v.

HOWARD COUNTY CIRCUIT COURT, MD
    Clerk of the Court Wayne A. Robey
    Administrative Judge Lenore R. Gelfman
    Chief Judge unknown name                             *        CIVIL ACTION NO.
Respondent                                                          *

                  GLR 18CV0306

*     *     *     *     *     *     *     *     *     *

Raymond J. Bly, request immediate injunction relief against the Chief Judge, unknown name, Administrative Judge Lenore R. Gelfman, and the Clerk of the Court Wayne A. Robey to restore in its entirety criminal cases 14797 and 15071 and the person responsible for having them removed from the public eyes for viewing.

Under the Maryland Rules, I have to agree to have them partially hidden or expunged, the public must be notified and there must be a hearing, none of this took place. I requested to the court to restore them and asked who removed them, they stated that they do not know and cannot restore them.

In August of 2015 during a guardianship hearing in front of Judge William V. Tucker he argued with me, why wouldn't I accept a pardon or expungement in the past. I told him that I was innocent and the file shows that I am innocent and the total miscarriage of justice by the police officer committing perjury on the arrest warrant and the indictment, the state' attorney suborning perjury and the judge at my trial under a Ritchie Review of the police and social services file completely withheld the name, age, and the relationship of the accuser. She was a twenty-two year old illegal alien that they promised citizenship if she would testify under my wife's daughter's name. She only lived in my house for ten months after she immigrated here from Vietnam under my wife's daughter's name, and I am convicted of child abuse and assault and battery of a minor, and fourth degree sexual offense. The charges on the arrest and the indictment was never told to the police by the victim. The police made them up. I didn't find out that my criminal files had disappeared until October/ November when I tried to hire a lawyer to fight the guardianship. The guardianship took my wife away and all of my assets, they stated it did not matter that I was married for forty-five years, my wife wanted to be home and for me to take care of her. Because of the thirty year old felony, I was not able to. The state killed my wife, improper feeding by tube caused my wife to aspirate and die. My wife cried for a whole year to come home while she laid in piles of urine and feces, she was not bathe for months, she had bruises, cuts, black and blue marks and straps marks to force her to stay in bed, until she died. If she would have committed a crime it would have been unlawful for such cruel and

unusual punishment.

In December trying to get my story out running for Congress again for the tenth time, I discovered that eight years of all the stories written about my running for Congress had disappeared off the internet's search engine sites.  Reporters over and over said how honest I was, how I was the only candidate that fully answered the questions with what I believed. I ran for Congress to try to get a lawyer to help me clear my name.  For, twenty-five years in my criminal cases I submitted overwhelming evidences over and over year after year as I found it out.  Any of the new evidence would have cleared my name and overturned my conviction.  But, for twenty-five years I was refused even a hearing and a lot of the documented evidence I turned in with my motion was thrown back in my face to keep it out of my criminal files.
**THIS IS WHY I WANT MY CRIMINAL CASES RESTORED SO THAT THE PUBLIC CAN SEE HOW CORRUPT OUR JUSTICE SYSTEM IS.**
In mid 2016, I decided to do a criminal background check on myself.  The report came back from the Maryland State Police all wrong, with no dates or times even.  A copy is enclosed as exhibit one.  A copy of the first guardianship hearing is enclosed as exhibit two.

Wherefore I pray as a 100% disabled veteran that this case stay in Greenbelt, MD where I can have easy access to with my disabilities.
Wherefore, I know just like the habeas corpus my wife and I  filed in the fall of 2015 was dismissed without even a hearing where my wife could testify that she wanted to be home with me, I know you will also dismissed this without even a hearing.

Wherefore, a veteran that honorable served his country in Vietnam, and now disable from Agent Orange cannot get justice, because all judges want to hide what they have done to my wife and me.

Wherefore, I pray for injunctive relief and a hearing where the Administrative Judge and the Clerk of the Court has to answer to the foregoing statements, and to restore my criminal convictions, so the world can see what this great country did to a veteran and his family.

I do not know if this is needed I will ask the court when I file this.  I hereby certify that I hand delivered a copy for each recipient of the foregoing to the Howard County Circuit Court of MD, on February    2018.

Raymond J. Bly

I hereby certify under the penalties of perjury that the foregoing statements are true by pictures, videos, documents, and transcripts so help me God.

Raymond J. Bly
8087 Washington Blvd.
Jessup, MD 20794
410-799-3516